# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 05-187


DAVID KEITH ROUGEOU

VERSUS

MURIEL ROUGEOU


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**APPEAL FROM THE**
**THIRTY-SIX JUDICIAL DISTRICT COURT**
**PARISH OF BEAUREGARD, NO. C-2004-0682**
**HONORABLE STUART S. KAY, JR., PRESIDING**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ELIZABETH A. PICKETT**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.

                                                      **APPEAL DISMISSED.**


DAVID KEITH ROUGEOU
P.O. BOX 83
LONGVILLE, LA 70652-0083
Telephone: (337) 725-3287
In Proper Person

MURIEL ROUGEOU
266 Rougeou Road
LONGVILLE, LA 70652
In Proper Person